UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHARY J. COOK, | No. 2:16-cv-0536 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF'S OFFICE, CUSTODY DIVISION, | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff requested leave to proceed in forma pauperis, with certification from the jail official, and provided the certified trust account statement.  However, plaintiff has not properly completed the forma pauperis affidavit.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff failed to complete questions 3b through 3f on the application.  Therefore, plaintiff will be provided the opportunity to submit a completed affidavit in support of his request to proceed in forma pauperis.  Plaintiff is not required to obtain certification on his renewed application, but should note that the certification was previously provided on March 2, 2016 (ECF No. 2 at 2.)

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  March 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cook0536.3a

2